UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SHAYNA BOLGIANO | CIVIL ACTION NO. 6:17-1163 |
| VERSUS | JUDGE UNASSIGNED |
| MARK GARBER, in his official capacity as the duty elected Sheriff of Lafayette Parish, et al. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(1) Motion to Dismiss [Doc. 6], filed by Mark Garber, in his official capacity as Sheriff of Lafayette Parish, and Freddie Laque (collectively, "the

defendants"), is GRANTED and the claims alleged by the plaintiff in the instant federal court lawsuit are **DENIED AND DISMISSED WITHOUT PREJUDICE**.

Signed at Shreveport, Louisiana, this 21 day of March, 2018.

*Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE